## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CECIL PHILLIP REYES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | EDCV 16-2210 |
| CYNTHIA TAMPKINS | ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY: <br> ☑ FULL FILING FEE <br> ☐ INITIAL PARTIAL FILING FEE |
| DEFENDANT(S). | |

On _____November 4, 2016_____, ~~plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but~~ plaintiff was ordered to pay the ☑ full filing fee ☐ initial partial filing fee, in the amount of $_____ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☑ full filing fee or ☐ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

December 14, 2016  /s/John E. McDermott
Date  United States Magistrate Judge