# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL PHILLIP REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>C. TAMPKINS,<br><br>    Defendant. | Case No. EDCV 16-2210-GW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 26, 2018

               GEORGE H. WU
             UNITED STATES DISTRICT JUDGE